UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | **Criminal No.: 18-0654** |
| v. | § § § § | **Violation: 15 U.S.C. § 1** |
| **GENNEX MEDIA, LLC** | § § | |
| **Defendant.** | § | |

## ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION UNDER 18 U.S.C. § 3771

On this date, the Court considered the Government's Unopposed Motion to Establish Procedure for Crime Victim Notification Pursuant to 18 US.C. § 3771. Having considered the Motion and for good cause shown, the Court GRANTS the Motion and ORDERS that for crime victim notification required by 18 U.S.C. § 3771 of public court and parole proceedings, plea bargains and deferred prosecution agreements, and various rights, services, and points of contact, the Antitrust Division may, as an alternative to individual notices, provide reasonable, accurate, and timely notice through its website, http://www.justice.gov/atr/victims-rights, and through the Department of Justice's website for large cases, www.justice.gov/largecases.

IT IS SO ORDERED.

Dated: November 15, 2018

_____
The Honorable Alfred H. Bennett
United States District Judge